15746.   CASON *v.* THE STATE.

BROYLES, C. J. The evidence authorized the verdict, and the charge of the court was not subject to the criticisms urged against it. The overruling of the motion for a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 12, 1924.

Conviction of larceny of cow; from Charlton superior court—Judge Summerall.   June 2, 1924.

*James R. Thomas & Son,* for plaintiff in error.

*A. B. Spence, solicitor-general,* contra.

---

15747.   LEVERETT *v.* RISK.

LUKE, J. The evidence authorized the verdict, which has the approval of the trial judge. The two special grounds of the motion for a new trial assigning error upon excerpts from the charge of the court, in view of the note of the trial judge in approving the grounds of the motion, are without merit. For no reason pointed out in the record did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 12, 1924.

Complaint; from city court of Oglethorpe—Judge Greer.   May 26, 1924.

*J. J. Bull & Son,* for plaintiff in error.

*Jule Felton, Jule W. Felton,* contra.